UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR26-072 KKE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ROBERT PATRICK NELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

   1.  Conspiracy to Controlled Substances

Date of Detention Hearing:   May 21, 2026.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth and placed on the record at the time of the hearing, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.     Defendant poses a danger to the community based on his recent and significant criminal history involving controlled substances.   According to the government, he was placed on home detention supervision in 2023 for a controlled substances offense and continued to distribute controlled substances on numerous occasions from his residence, both by having runners come to his residence, and by sending an associate to meet others.   He is alleged to have direct and recent communication with a DTO in Mexico and is alleged to have distributed over seven kilograms of fentanyl pills, a pound of methamphetamine, and some heroin.   At the time of his arrest, he had methamphetamine and cash in his possession.   The current charges involve a 10-year mandatory minimum sentence, posing an incentive to flee.

4.     There does not appear to be any condition or combination of conditions that will assure Defendant's appearance and address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st Day of May 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3